294 U.S. 708
 55 S.Ct. 405
 79 L.Ed. 1243
 Anthony J. Drexel BIDDLE, Jr., petitioner,
v.
IRVING TRUST COMPANY, as Trustee, etc.*
 No. 589.
 Supreme Court of the United States
 January 21, 1935
 
 Messrs. Eldon Bisbee and Paul D. Miller, both of New York City, for petitioner.
 
 
 1
 For opinion below, see Irving Trust Co. v. Deutsch, 73 F.(2d) 121.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.
 
 
 
 *
 Rehearing denied 294 U. S. 733, 55 S. Ct. 514, 79 L. Ed.